IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DAMIAN LAMARK, ET AL.,** § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| vs. § | **CIVIL ACTION NO. 4:18-cv-01887** |
| § | |
| **U.S. BANK, N.A.,** § | |
| § | |
| *Defendant*. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered Plaintiffs Damian Lamark and Brian A. Brewer-Trustee ("Plaintiffs") and Defendant U.S. Bank National Association's ("Defendant") Joint Motion to Dismiss with Prejudice (the "Joint Motion"), finds that the Joint Motion should be, and hereby is, in all things, **GRANTED**. It is therefore

**ORDERED**, **ADJUDGED**, **AND DECREED** that all claims Plaintiffs asserted, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED**, **ADJUDGED**, **AND DECREED** that all costs, expenses, and attorney fees are taxed against the party incurring same.

SIGNED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Agreed as to substance and form,

*/s/   Robert C. Vilt*

**Robert C. Vilt**
  Texas Bar No. 00788586
  clay@viltlaw.com
**VILT AND ASSOCIATES, P.C.**
5177 Richmond Ave., Suite 1142
Houston, Texas 77056
Telephone: (713) 840-7570
Facsimile: (713) 877-1827

**ATTORNEY FOR PLAINTIFF**

 /s/ *Marc D. Cabrera*

**Marc D. Cabrera (Attorney-in-Charge)**
  State Bar No. 24069453
  S.D. Bar No. 1093318
  mcabrera@lockelord.com
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (facsimile)

**Roshanak Khosravighasemabadi**
  State Bar No. 24048587
  S.D. Bar No. 922957
  roshanak.khosravi@lockelord.com
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (facsimile)

**ATTORNEYS FOR DEFENDANT**